**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Cascade Systems LLC,** | Case No. 1:25-cv-08063-VSB-RWL |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **DataCamp, Inc.,** | |
| Defendant. | |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The request to dismiss this matter with prejudice is hereby GRANTED.

SO ORDERED.

Dated:  __Dec. 1__ , 2025
      New York, New York

_____
VERNON S. BRODERICK
United States District Judge